IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DR. JANEL BELL-HAYNES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACT. NO. 2:21-cv-18-ECM |
| | ) | |
| ALABAMA STATE UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Now before the Court is the Plaintiff's objection to the Defendant's bill of costs. (Doc. 44). The Defendant filed a response to the Plaintiff's objections on May 1, 2023. (Doc. 46). Therein, the Defendant offers revisions to its bill of costs. Accordingly, and for good cause, it is

ORDERED that the Plaintiff shall file a reply to the Defendant's response (doc. 46) on or before **May 15, 2023**.

DONE this 8th day of May, 2023.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE